# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SANTA CLARA:

I am a citizen of the United States and employed in the county aforesaid; I am over the age of eighteen years, and not a party to the within action; my business address is 2775 Park Avenue, Santa Clara, CA 95050. On the date set forth below I served the document(s) described below:

**NOTICE OF CHAPTER 11 BANKRUPTCY CASE**

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Alhambra<br>PO Box 660579<br>Dallas, TX 75266 | American Ratings Corporation<br>504 Redwood Blvd Suite 310<br>Novato, CA 94947 |
| AT&T<br>PO Box 5025<br>Carol Stream, IL 60197 | AT&T<br>PO Box 5014<br>Carol Stream, IL 60197 |
| California Water Service<br>PO Box 51967<br>Los Angeles, CA 90051 | Church Heating & Air Conditioning, Inc.<br>PO Box 45<br>Tracy, CA 95378 |
| FedEx<br>PO Box 7221<br>Pasadena, CA 91109 | Mission Trial Waste Systems<br>1060 Richard Ave<br>Santa Clara, CA 95050 |
| Pure Health Solution Inc.<br>PO Box 742647<br>Cincinnati, OH 45274 | Recology San Mateo County<br>PO Box 514230<br>Los Angeles, CA 90060 |
| Recology Sunset Scavenger<br>PO Box 60846<br>Los Angeles, CA 90060 | Southern California Edison<br>PO Box 600<br>Rosemead, CA 91771 |
| Tidepool Networks, LLC<br>PO Box 2137<br>Carmel Valley, CA 93924 | Verizon<br>3601 Converse Drive<br>Wilmington, NC 28403 |

☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Santa Clara, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY E-MAIL OR ELECTRONIC TRANSMISSION) I caused a copy of the document(s) to be sent from e-mail address *trang@bindermalter.com* to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

1  ☒ (STATE) I declare under penalty of perjury under the laws of the State of California that
2  the foregoing is true and correct.

3  Executed on September 18, 2018 at San Jose, California.

4

5                                              /s/ Trang Do
                                                Trang Do
6