MICHAEL W. MALTER, #96533
ROBERT G. HARRIS, #124678
JULIE H. ROME-BANKS, #142364
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
T: (408) 295-1700
F: (408) 295-1531
Email: michael@bindermalter.com
Email: rob@bindermalter.com
Email: julie@bindermalter.com

Attorneys for Debtor and
Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

| | |
|---|---|
| In re: | Case No. 18-51662-MEH |
| CLICKAWAY CORPORATION, a Delaware corporation, | Chapter 11 |
| | NO HEARING UNLESS REQUESTED |
| Debtor. | |

## CERTIFICATE OF SERVICE

I declare that:

I am employed in the County of Santa Clara, California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is 2775 Park Avenue, Santa Clara, California 95050. On October 1, 2018, I served the following:

1. NOTICE OF SEVENTH MOTION TO REJECT LEASES AND OF OPPORTUNITY TO OBJECT

on the interested parties in said cause, by placing a true and correct copy thereof in a sealed envelope with first class postage fully prepaid thereon and depositing it in the United States mail at Santa Clara, California addressed as follows:

| Affected Landlord:<br>PPC Folsom Parkway, LP<br>c/o SMI Commercial Management, Inc.<br>PO Box 4376<br>El Dorado Hills, CA 95762<br>Atten: Michael E. Brown<br><br>PPC Folsom Parkway, LP<br>c/o SMI Commercial Management, Inc.<br>PO Box 76<br>Roseville, CA 95762<br>Atten: Michael E. Brown<br>Email: michaelebrown@me.com<br><br>notice addresses per lease | Debtor:<br>Clickaway Corporation<br>Attn: Richard L. Sutherland<br>457 E. McGlincy Lane<br>Campbell, CA 95008 |
|---|---|
| SEE ATTACHED EXHIBIT "A" FOR SERVICE ON THE 20 LARGEST UNSECURED CREDITORS AND OTHER PARTIES. | |

and electronically through the Court's CM/ECF electronic noticing system on the following parties who have requested special notice in this bankruptcy case:

| REQUESTS FOR SPECIAL NOTICE:<br>Office of the United States Trustee<br>Attn: Lynette C. Kelly<br>450 Golden Gate Avenue, Suite 05-0153<br>San Francisco, California 94102<br>Email: Lynette.C.Kelly@usdoj.gov | Attorney for Thomas Hexner<br>Jon G. Brooks, Esq.<br>Law Offices of Jon G. Brooks<br>1900 The Alameda, Suite 520<br>San Jose, CA 95126<br>Email: jon@brooksattorney.com |
|---|---|
| WRI Freedom Centre, LP<br>c/o Weingarten Realty Investors<br>2600 Citadel Plaza Drive, Suite 125<br>Houston, TX 77008<br>Atten: Jenny Hyun<br>Email: bankruptcycases@weingarten.com | Attorney for PK I Fashion Faire Place LP and Cupertino Village, LP<br>George B. Blackmar, Esq.<br>Blackmar, Principe & Schmelter, APC<br>600 B Street, Suite 2250<br>San Diego, CA 92101<br>Email: info@bpslaw.net |
| Attorney for Regency Centers et al.<br>Nancy J. Newman, Esq.<br>Hanson Bridgett LLP<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105<br>Email: nnewman@hansonbridgett.com | Attorney for Thomas Vu<br>David N. Chandler, Esq.<br>David N. Chandler, P.C.<br>1747 Fourth Street<br>Santa Rosa, CA 95404<br>Email: Dchandler1747@yahoo.com |
| | |

| | |
|---|---|
| Thomas Vu<br>120 Chetwood Dr.<br>Mountain View, CA 94043-5251<br>(by first class mail) | |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Santa Clara, California on October 1, 2018.

                                          /s/ Trang Do
                                          Trang Do

**Re: Clickaway Corporation**  **20 Largest Unsecured Creditors,**  Case No. 18-51662-MEH
                                 **Debtor, UST and Secured Creditors**

| | | |
|---|---|---|
| American Express<br>P. O. Box 650448<br>Dallas, TX 75265 | AnB Components<br>2099 Edison Ave<br>San Leandro, CA 94577 | Bay Area News Group<br>P. O. Box 51320<br>Los Angeles, CA 90051 |
| BrightPoint North America L.P.<br>1615 Paysphere Circle<br>Chicago, IL 60674 | C. I. Wifeless<br>P. O. Box 552<br>Fortuna, CA 95540 | California Dept. Of Tax & Fee Admin.<br>Bankruptcy Unit<br>450 N Street<br>Sacramento, CA 95814 |
| Capital One<br>P. O. Box 60599<br>City of Industry, CA 91716 | Chase<br>P. O. Box 15548<br>Wilmington, DE 19886-5548 | One Stop Communications<br>P. O. Box 578568<br>Modesto, CA 95357 |
| Qmadix<br>14350 Arminta Street<br>Panorama City, CA 91402 | Tessco Incorporated<br>PO Box 102885<br>Atlanta, GA 30368 | Thomas Hexner<br>163 East 78th Street<br>New York, NY 10075 |
| Thomas Vu<br>120 Chetwood Drive<br>Mountain View, CA 94043 | Wells Fargo Business Line<br>Payment Remittance Center<br>P. O. Box 54349<br>Los Angeles, CA 90054-0349 | Brad Bening, Esq.<br>Willoughby Stuart Bening & Cook<br>50 San Fernando St. #400<br>San Jose, CA 95113 |
| Wilson Sonsini Goodrich & Rosati<br>Attn: Denny Kwon, Esq.<br>650 Page Mill Road<br>Palo Alto, CA 94304 | U.S. Trustee<br>Attn: Lynette C. Kelly, Esq.<br>450 Golden Gate Avenue, Suite 05-0153<br>San Francisco, CA 94102 | Clickaway<br>c/o Rick Sutherland<br>105 Laurel Ave<br>Los Gatos, CA 95030 |
| Thomas Hexner<br>c/o Jon G. Brooks, Esq.<br>1900 The Alameda, Suite 520<br>San Jose, CA 95126 | Ally<br>P. O. Box 9001948<br>Louisville, KY 40290-1948 | CIT Finance, LLC<br>10201 Centurion Parkway North<br>Jacksonville, FL 32255 |
| SPECIAL NOTICE REQUESTS:<br>Office of the U. S. Trustee<br>Attn: Lynette C. Kelly<br>450 Golden Gate Avenue, St. 05-0153<br>San Francisco, CA 94102<br>Email: Lynette.C.Kelly@usdoj.gov<br><br>Attorney for PK I Fashion Faire Place LP and Cupertino Village, LP<br>George B. Blackmar, Esq.<br>Blackmar, Principe & Schmelter, APC<br>600 B Street, Suite 2250<br>San Diego, CA 92101<br>Email: info@bpslaw.net | Attorney for Thomas Hexner:<br>John G. Brooks, Esq.<br>Law Offices of Jon G. Brooks<br>1900 The Alameda, Suite 520<br>San Jose, CA 95126<br>Email: jon@brooksattorney.com<br><br>Attorney for Regency Centers et al.,<br>Nancy J. Newman, Esq.<br>Hanson & Bridgett LLP<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105<br>Email: nnewman@hansonbridgett.com | Attorney for WRI Freedom Centre, LP<br>WRI Freedom Centre, LP<br>c/o Weingarten Realty Investors<br>2600 Citadel Plaza Drive #125<br>Houston, TX 77008<br>Email: bankruptcycases@weingarten.com<br><br>Attorney for Thomas Vu<br>David N. Chandler, Esq.<br>David N. Chandler, PC<br>1747 Fourth Street<br>Santa Rosa, CA 95404<br>Email: Dchandler1747@yahoo.com |

Thomas Vu
120 Chetwood Drive
Mountain View, CA 94043-5251